Leila Nourani (SBN 163336)
Leila.nourani@jacksonlewis.com
JACKSON LEWIS P.C.
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Tel: (213) 689-0404 / Fax: (213) 689-0430

Kelly C. Kenney (SBN 336325)
Kelly.Kenney@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360 / Fax: (949) 885-1380

Carol R. Ashley (admitted pro hac vice)
Carol.Ashley@jacksonlewis.com
Bernard G. Dennis, III (*admitted pro hac vice*)
Bernard.Dennis@jacksonlewis.com
JACKSON LEWIS P.C.
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191
Tel: (703) 483-8378

Danielle Bland (admitted pro hac vice)
Dani.Bland@jacksonlewis.com
JACKSON LEWIS P.C.
3737 Glenwood Avenue Suite 450
Raleigh, NC 27612
Tel: (919) 760-6460

Attorneys for Defendant
CONCORDIA UNIVERSITY IRVINE

*[ADDITIONAL COUNSEL LISTED ON PAGE TWO]*

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ALEXANDRA GRANT, MIKAYLA BARRE, JESSICA BEAR, KIERA GUTIERREZ, BRYN JOHNSON, ALEXANDRA LELAND, RUBY MCCULLOUGH, ALIYAH TREADWELL, and CARISSA WARD, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

CONCORDIA UNIVERSITY IRVINE,

Defendants.

Case No.: 8:25-CV-01793-FWS-JDE

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**

*[Concurrently filed with Declaration of Carol R. Ashley; and (Proposed) Order]*

Complaint Filed: August 13, 2025
PTC & MILs: June 3, 2027
Trial Date: August 10, 2027

Arthur H. Bryant, Esq.
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, California 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com
Attorneys for Plaintiffs

Eric A. Grover, Esq. / Robert W. Spencer, Esq.
Keller Grover LLP
1965 Market Street
San Francisco, California 94103
Tel: (415) 543-1305
eagrover@kellergrover.com / rspencer@kellergrover.com
Attorneys for Plaintiffs

John Clune (Pro Hac Vice) / Ashlyn Hare (Pro Hac Vice)
HUTCHINSON, BLACK, AND COOK, LLC
921 Walnut Street Ste 200
Boulder, Colorado 80302
Tel: (303) 442-5614
john.clune@hbcboulder.com / ashlyn.hare@hbcboulder.com
Attorneys for Plaintiffs

Anne Andrews, Esq. / Robert Siko, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave. Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
aa@andrewsthornton.com / rsiko@andrewsthornton.com
Attorneys for Plaintiffs

## JOINT STIPULATION

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Rule 40, and the Court's updated Civil Standing Order, Plaintiffs Alexandra Grant, Mikayla Barre, Kiera Guierrez, Bryn Johnson, Alexandra Leland, Ruby McCullough, Aliyah Treadwell, and Carissa Ward (collectively, "Plaintiffs") and Defendant Concordia University Irvine ("Defendant" or "CUI")(Plaintiffs and Defendant shall collectively be referred to as the "Parties") hereby stipulate and agree and request the Court modify the Court's September 9, 2026 Order Re Stipulation to Modify Scheduling (Dkt. 88) as set forth below.

The Parties made two previous requests to modify the original Scheduling Order (*See* Dkt. 67 and 68; and 87 and 88.)

Without waiving any deposition-related objections, the parties stipulate and agree that the following deposition noticed to occur before September 10, 2026 may take place after the modified October 16, 2026 fact-discovery cutoff. Although the parties attempted to complete the deposition before October 16, 2026, the schedule of Defendant's former swimming & diving head coach Albert "Bert" Bergen conflicted with the Parties' availability. Arranged with the assistance of Mr. Bergen's personal attorney, the deposition is noticed for October 29, 2026.

Other than permitting the identified deposition to be completed by October 29, 2026, all of the deadlines and dates in the September 9, 2026 Order Re Stipulation to Modify Scheduling (Dkt. 68) remain the same.

The Parties further stipulate and agree to bring any disputes specific to Mr. Bergen's deposition to the assigned Magistrate by November 30, 2026.

## GOOD CAUSE EXISTS

Good cause exists for the Parties' request for a slight modification to the modified non-expert discovery cutoff. The Parties' have been working diligently to complete Mr. Bergen's deposition. The Parties and Mr. Bergen's counsel exchanged possible deposition

dates but no dates between the September 10, 2026 and modified October 16, 2026 discovery cut-off dates were available for the Parties and Mr. Bergen.

**IT IS SO STIPULATED.**

Dated: October 22, 2026

JACKSON LEWIS P.C.

By: /s/ Carol R. Ashley
Leila Nourani
Kelly C. Kenney
Carol R. Ashley

Attorneys for Defendants
CONCORDIA UNIVERSITY IRVINE

Dated: October 22, 2026

Keller Grover LLP

By: /s/ Eric A. Grover
Eric A. Grover

Robert W. Spencer
Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that I have obtained counsel's authorization to affix their electronic signature to this document.

Dated: October 22, 2026

JACKSON LEWIS P.C.

By:
/s/ Carol R. Ashley
Leila Nourani
Kelly C. Kenney
Carol R. Ashley